IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2008 SEP -9  A 10 36

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

UNITED STATES OF AMERICA, :

    Plaintiff, :

v. : Civil No. 94-MC-00071

KEVIN J. LEACH :

    Defendant. :

......o0o......

ORDER OF SATISFACTION

Clerk:

Please enter the judgment in the above-entitled action, to include principal, interest, and costs, as PAID, SETTLED, and SATISFIED.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Thomas F. Corcoran
Assistant U.S. Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
410/209-4800
(Trial Bar No. 24894)

## CERTIFICATE OF SERVICE

IT IS HEREBY Certify that on this __9TH__ day of __September__ 2008 a copy of the foregoing Order of Satisfaction was first class mail and via fax to:

FAX (301) 322-7080
Corporate Title
9500 Arena Drive, Ste., 430
Largo, MD 20774

Kevin J. Leach
7812 Allendale Drive
Landover, MD 20785

_____
Thomas F. Corcoran
Assistant United States Attorney